In the Matter of the Arbitration of THE E. RICHARD MEINIG Co., Appellant; KATAKURA & Co., LTD., Respondent.

(Argued November 19, 1934; decided December 4, 1934.)

*David Klein, Solomon Jacobson* and *Henry Fluegelman* for appellant.

*Howard F. R. Mulligan* and *James H. Douglas* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.